**Richard L. COX, Appellee,**

v.

**Barbara GRIFFIN, Appellant.**

**No. 05–1607.**

United States Court of Appeals, Eighth Circuit.

Submitted April 25, 2006.

Filed April 27, 2006.

Christopher O. Parker, Martha Jett McAlister, Eichenbaum & Scott, Little Rock, AR, for Appellee.

Barbara Griffin, Fort Smith, AR, pro se.

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Barbara Griffin, the wife of debtor Stephen Griffin, appeals from a decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's [1] judgment in favor of the court-appointed trustee, Richard Cox. Upon review of the bankruptcy court's factual findings for clear error, and its legal conclusions de novo, *see In re Vote*, 276 F.3d 1024, 1026 (8th Cir.2002) (standards of review), we agree with the BAP that the bankruptcy court properly avoided post-petition payments totaling $65,000 to Barbara Griffin, avoided as to the trustee her recording of a quitclaim deed, and declared that the prenuptial agreement between Barbara and Stephen Griffin did not effect a present transfer of the real property at issue. We therefore affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James G. Mixon, United States Bankruptcy Judge for the Western District of Arkansas.